HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
GLENDA M. ZARBOCK - 178890
DENA M. DUTHOY - 239900
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
gzarbock@hansonbridgett.com

Attorneys for Defendant SUNRISE SENIOR LIVING MANAGEMENT, INC. dba SUNRISE OF WALNUT CREEK and SUNRISE SENIOR LIVING, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE SULA,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE OF WALNUT CREEK; a business organization, form unknown; SUNRISE SENIOR LIVING, INC.; a Delaware Corporation; and DOES 1 to 15, inclusive,<br><br>Defendants. | No. C 06 6472 WHA<br><br>[proposed] ORDER GRANTING STIPULATION AND REQUEST TO (1) PARTICIPATE IN MEDIATION IN LIEU OF EARLY NEUTRAL EVALUATION AND (2) EXTEND THE DEADLINE FOR COMPLETION OF ADR<br><br>Trial date: February 11, 2008<br>Trial time: 7:30 a.m.<br>Courtroom: 9<br>Judge: The Honorable William H. Alsup |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to ADR Local Rule 6-2, Plaintiff ELSIE SULA and Defendants SUNRISE SENIOR LIVING MANAGEMENT, INC. dba SUNRISE OF WALNUT CREEK and SUNRISE SENIOR LIVING, INC. hereby stipulate and request that this case be removed from the Early Neutral Evaluation Program ("ENE") and referred to the Alternative Dispute Resolution ("ADR") Unit for Mediation. The parties also stipulate and request that the deadline for completion of ADR be extended from April 25, 2007 to May 15, 2007.

WHEREAS the parties agreed to participate in ENE and filed a Stipulation and Proposed Order referring this matter to ENE on January 4, 2007;

WHEREAS this Court referred the matter to the ADR Unit for ENE on February 5, 2007

- 1 -

1  and appointed Evaluator Richard D. Warren, Esq. on February 14, 2007;

2      WHEREAS the parties and Mr. Warren participated in a joint phone conference on March

3  23, 2007 and discussed mediation as an alternative to ENE;

4      WHEREAS the parties and Mr. Warren agreed to proceed with mediation facilitated by

5  Mr. Warren in lieu of participation in the ENE Program;

6      WHEREAS the parties and Mr. Warren agree to extend the deadline for completion of

7  ADR to May 25, 2007 in order to accommodate scheduling for the mediation;

8      The parties agree based on the foregoing facts that:

9      1.    The parties ask the Court to refer this matter to the ADR Unit for Mediation.

10      2.    The parties will participate in a mediation facilitated by Richard D. Warren, Esq.,

11  Mediation and Arbitration Offices of Richard D. Warren, 929 Fresno Avenue, Berkeley,

12  California 94707, (510) 528-4423, rickwarren @pacbell.net.

13      3.    The deadline for completion of ADR is extended to May 15, 2007 to accommodate

14  mediation.

15      SO STIPULATED.

16  DATED: April 3, 2007    NURSING HOME & ELDER ABUSE LAW CENTER

17

18  By: _____
    JAY P. RENNEISEN
    MICHAEL CORDON
19      Attorneys for Plaintiff ELSIE SULA

20  DATED: April 3, 2007    HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

21

22  By: _____
    GLENDA M. ZARBOCK
23      DENA M. DUTHOY
    Attorneys for Defendants SUNRISE SENIOR LIVING
24      MANAGEMENT, INC. dba SUNRISE OF WALNUT CREEK
    and SUNRISE SENIOR LIVING, INC.

25

26  PURSUANT TO STIPULATION, IT IS SO ORDERED.
There will be no further continuances.

27  Dated: April 19, 2007    _____
    HONORABLE WILLIAM H. ALSUP
28      United States District Judge

- 2 -

ORDER GRANTING STIP. AND REQ. TO (1) PARTICIPATE IN MEDIATION
AND (2) EXTEND THE DEADLINE FOR ADR (C 06 6472 WHA)    1311058.1

**PROOF OF SERVICE**

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Elsie Sula v. Sunrise of Walnut Creek, et al.*, United States District Court, Northern District, Case No. C06 6472 WHA; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On April 3, 2007, I served a true and accurate copy of the document(s) entitled:

**[proposed] ORDER GRANTING STIPULATION AND REQUEST TO (1) PARTICIPATE IN MEDIATION IN LIEU OF EARLY NEUTRAL EVALUATION AND (2) EXTEND THE DEADLINE FOR COMPLETION OF ADR**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Claudia M. Forehand<br>ADR Case Administrator<br>U.S. District Court-ADR Unit<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 522-2199<br>Fax: (415) 522-4112 | Richard D. Warren<br>Mediation and Arbitration Offices of Richard D. Warren<br>929 Fresno Avenue<br>Berkeley, California 94707<br>(510) 528-4423 |

☒ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via (Routing Delivery Service) to the party(ies) so designated on the service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 3, 2007, at San Francisco, California.

*Lorraine V. Mole*
Lorraine V. Mole

---

- 3 -

ORDER GRANTING STIP. AND REQ. TO (1) PARTICIPATE IN MEDIATION
AND (2) EXTEND THE DEADLINE FOR ADR (C 06 6472 WHA)

1311058.1